UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AGER M. LINDER III, | ) |
| | ) |
| Plaintiff(s), | ) |
| vs | ) Case # 2:08-CV-540-PMP-PAL |
| FORD MOTOR CREDIT COMPANY, | ) |
| | ) ORDER REFERRING CASE FOR |
| Defendant(s). | ) SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, November 16, 2010,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

DATED this  2nd   day of July,  2010.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE