# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| AGER M. LINDER, III, | ) | |
| Plaintiff, | ) | Case No. 2:08-cv-00540-PMP-PAL |
| vs. | ) | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| FORD MOTOR CREDIT, | ) | |
| Defendant. | ) | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. Due to a change in the court's schedule, the Settlement Conference, currently scheduled for September 23, 2010 at 1:30 p.m. is **VACATED** and **CONTINUED** to **Thursday, September 30, 2010 at 1:30 p.m.** in the chambers of the undersigned, Room 3071.

2. The confidential, written settlement statements, currently due September 16, 2010, shall be submitted directly to chambers, Room 3071, not later than **4:00 p.m. on September 23, 2010.**

Dated this 25th day of August, 2010.

_____
Peggy A. Leen
United States Magistrate Judge