1  RUTH L COHEN
   Nevada Bar No. 1782
2  ATKIN WINNER & SHERROD
   1117 South Rancho Drive
3  Las Vegas, Nevada 89102
   Phone (702) 243-7000
4  Facsimile (702) 243-7059
   Attorneys for Plaintiff
5
   Charlie J. Harris, Jr., *admitted pro hac vice*
6  Julia D. Kitsmiller, *admitted pro hac vice*
   SEYFERTH BLUMENTHAL & HARRIS LLC
7  300 Wayandotte, Suite 430
   Kansas City Missouri 64105
8  Telephone (816)756-0700
   Attorneys for Defendant
9
   M. Bradley Johnson, Nevada Bar No. 4646
10 KRAVITZ, SCHNITZER, SLOANE,
   JOHNSON & EBERHARDY CHTD.
11 1389 Galleria Drive, Suite 200
   Henderson, NV 89014
12 Telephone: (702) 222-4145
   Attorneys for Defendant
13

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AGER M. LINDER, III | CASE NO.: 2:08 cv 00540-PMP-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FORD MOTOR CREDIT COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by Ruth L Cohen, attorney for the Plaintiff, Ager M. Linder, III, and between, Charlie J. Harris, Jr., attorney for Defendant, Ford Motor Credit Company, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

IT IS FURTHER STIPULATED THAT a trial has been scheduled for November 16, 2010 in the above referenced matter and shall be vacated.

DATED: October 29, 2010

ATKIN WINNER & SHERROD

/s/RUTH L. COHEN
Ruth L Cohen
Nevada Bar No. 1782
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Plaintiff

DATED: October 29, 2010

SEYFERTH BLUMENTHAL & HARRIS, LLC

/s/ CHARLIE J. HARRIS, JR.
Charlie J. Harris, Jr., *admitted pro hac vice*
Julia D. Kitsmiller, *admitted pro hac vice*
300 Wyandotte, Suite 430
Kansas City, Missouri 64105
Attorneys for Defendant Ford Motor Credit Company

**BASED ON the FOREGOING STIPULATION, IT IS ORDERED THAT:**

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that the trial date scheduled for November 16, 2010 is hereby vacated in the above referenced matter.

**DATED this** __ 1st day of November, 2010.

_____
HONORABLE PHILIP M. PRO
**UNITED STATES DISTRICT COURT JUDGE**